# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Doris J. Reese,

    Plaintiff,                                JUDGMENT IN A CIVIL CASE

vs.                                              3:09-cv-405-FDW

Social Security Administration,

    Defendant.

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 9, 2010 Order.

                                              Signed: September 9, 2010

                                              Frank G. Johns, Clerk
                                              United States District Court